B1 (Official Form 1) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green Aggregates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all):   **20-4594920** | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1877 Airport Loop Road**<br>**Kerrville, TX**      ZIP CODE **78028** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kerr** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):      ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Green Aggregates, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Green Aggregates, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

**X** /s/ WILLIAM R. DAVIS, JR.

**WILLIAM R. DAVIS, JR.**          Bar No. **05565500**

**Langley & Banack, Inc.**
**745 E. Mulberry Ave.**
**Suite 900**
**San Antonio, TX 78212**

Phone No. **(210) 736-6600**          Fax No. **(210) 735-6889**

12/31/2007
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Green Aggregates, Inc.**

**X** /s/ J. Nelson Happy
Signature of Authorized Individual

**J. Nelson Happy**
Printed Name of Authorized Individual

**Chairman**
Title of Authorized Individual

12/31/2007
Date

Address
_____

**X**_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

IN RE:   **Green Aggregates, Inc.**

CASE NO

CHAPTER   **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is_____**20-4594920**_____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____**N/A**_____.

3. The following financial data is the latest available information and refers to the debtor's condition on\_\_\_\_**12/27/2007**\_\_\_\_\_.

   a. Total Assets                    $2,032,900.00

   b. Total Liabilities                $9,802,959.73

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $7,796,799.00 | 10 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $1,764,778.73 | 102 |
| Contingent  unsecured debt | $241,382.00 | 2 |
| Disputed unsecured debt | $241,382.00 | 2 |
| Unliquidated unsecured debt | $241,382.00 | 2 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 20000 | 1 |

*Comments, if any*

4. Brief description of debtor's business:
   *Limestone quarry and pavement recycling.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Green Aggregates, Inc.**               CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *J. Nelson Happy*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

   *N/A*

---

I,    **J. Nelson Happy**    , the    **Chairman**    of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:  **12/31/2007**             Signature:  **/s/ J. Nelson Happy**

                                                          *J. Nelson Happy*
                                                          **Chairman**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Green Aggregates, Inc.**                                          Case No.

                                                                             Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service Special Procedures Staff 300 E. 8th St., STOP 5022 AUS Austin, TX  78701 | | 941 Taxes | | **$360,000.00** |
| Holt c/o Jones, Allen & Fuquay 8828 Greenville Avenue Dallas, TX  75243 | | Lawsuit | *Contingent Unliquidated Disputed* | **$220,000.00** |
| Small Business Administration 10737 Gateway West #300 El Paso, TX  79935 | | Note payable | | **$190,900.00** |
| Dial Lubricants P.O. Box 54607 Dallas, TX  75354-0607 | | Services | | **$159,223.14** |
| RAI/CCS 323 PR 1400 Bridgport, TX  76426 | | Accumulated interest | | **$155,000.00** |
| RAI/CCS 323 PR 1400 Bridgport, TX  76426 | | Note payble | | **$133,000.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Green Aggregates, Inc.**                                        Case No.

Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Reeder Distributors<br>P.O. Box 225264<br>Dallas, TX  75222-5264 | | Services | | **$85,289.04** |
| Haynes & Boone, LLP<br>901 Main Street, Suite 3100<br>Dallas, TX  75202-3789 | | Legal services | | **$83,121.16** |
| Powerscreen Texas, Inc.<br>2015 West State Hwy. 71<br>La Grange, TX  78945 | | Services | *Disputed* | **$46,000.00** |
| Frank Bartel Tire, Inc.<br>P.O. Box 727<br>Aubrey, TX  76227 | | Services | | **$43,191.85** |
| Comptroller of Public Accounts<br>Capitol Station<br>Austin, TX   78774-0100 | | Sales Taxes | | **$43,000.00** |
| Austin Power Company | | Services | | **$39,465.49** |
| Alliance Haulers, Inc.<br>P.O. Box 849873<br>Dallas, TX  75284-9873 | | Trade Debt | | **$37,081.68** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Green Aggregates, Inc.**                                      Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Frank Bartel Transportation, Inc.<br>7401 S. Hwy. 377<br>Aubrey, TX  76227 | | Services | | **$31,820.36** |
| Texas Workforce Commission<br>101 East 15th St.<br>Austin, TX  78778-0001 | | Unemployment taxes | | **$28,000.00** |
| Orica U.S.A. Inc.<br>P.O. Box 2623<br>Carol Stream, IIL  60132 | | Trade Debt | | **$23,249.92** |
| GW Van Keppel<br>Lock Box 879515<br>Kansas City, MO  64187-9515 | | Services | | **$21,422.90** |
| Andreea Nicolae<br>5454 Lasierra Drive, #100<br>Dallas, TX  75231 | | Lawsuit | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$21,382.00** |
| Wise Appraisal District<br>400 E. Business Hwy. 380<br>Decatur, TX  76234-3165 | | Are these taxes? | | **$21,045.87** |
| United Healthcare<br>Dept. CH 10151<br>Palatine, IL  60055-0151 | | Insurance | | **$19,972.71** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Green Aggregates, Inc.**                                                    Case No.

                                                                                          Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Chairman**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**12/31/2007**_____          Signature:__**/s/ J. Nelson Happy**_____
                                                                        *J. Nelson Happy*
                                                                        **Chairman**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Green Aggregates, Inc.**                                         CASE NO

                                                                              CHAPTER      **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/31/2007                                 Signature  /s/ J. Nelson Happy
                                                            **J. Nelson Happy**
                                                            **Chairman**

Date _____              Signature _____

A Closer Look
P.O. Box 1112
Bridgeport, TX  76426


A-1 Porta Privy
P.O. Box 1094
Gainesville, TX  76241-1094


A.I.R. Services Company
225 Circleview Dr. North
Hurst, TX  76054


Abbot Security (ASG Security)
P.O. Box 41425
Philadelphia, PA  19101-1425


AGC of Texas
P.O. Box 2185
Austin, TX  78768


Alliance Geotechnical Group, Inc.
3228 Halifax, Suite A
Dallas, TX  75247


Alliance Haulers, Inc.
P.O. Box 849873
Dallas, TX  75284-9873


Allied Waste Services
6100  Elliot Reeder Rd.
Fort Worth, TX  76117


Althec Properties
P.O. Box 461012
Garland, TX  75046-1012

Andreea Nicolae
5454 Lasierra Drive, #100
Dallas, TX  75231


ASI Health Services
4885 Alpha Rd., Suite 100
Dallas, TX  75244


AT&T
P.O. Box 2969
Omaha, NE  68103-2969


Attorney General State of Texas
Collection Div. Bankruptcy Sec
P.O. Box 12548
Austin, TX  78711


Austin Power Company


Bank of the Ozarks
P.O. Box 16474
Little Rock, AK  72231-6474


Best Test
1814 Newcastle Dr.
Mansfield, TX  76063


Big D Bolt & Tool, Inc.
3633 W. Miller Rd.
Garland, TX  75041


Blue Cross Blue Shield of Texas

Brady, Chapman, Holland & Assoc.
P.O. Box 41027
Houston, TX  77241-1027


Brandon & Clark
2475 East Long Avenue
Fort Worth, TX  76106


Brandon & Clarke
c/o Don R. Kidd, Attorney
Sims, Kidd, Hubbert & Wilson
1205 Broadway
Lubbock, TX  79401

Bridgeport Automotive
1402 Chico Hwy.
Bridgeport, TX  76426


Bridwell Publishing
916 Halsell St.
Bridgeport, TX  76426


Carquest
Hennigan Auto Parts
P.O. Box 246
Muenster, TX  76252


Caslor, LLC
Marci Craddock
1102 Steven St., Suite 3
Bridgeport, TX  76426


Cindy Cook
2100 Westchester Dr.
Haltom City, TX  76117


Cingular Wireless
P.O. Box 650553
Dallas, TX  75265-0553

City of Fort Worth
P.O. Box 870
Fort Worth, TX  76101-0870


City of Garland
P.O. Box 461508
Garland, TX  75046-1508


City of Kerrville
800 Junction Highway
Kerrville, TX  78028-5069


Comptroller of Public Accounts
Capitol Station
Austin, TX    78774-0100


Cooke County Appraisal District
201 North Dixon
Gainesville, TX  76240


Cooke County Electric Coop.
P.O. Box 530
Muenster, TX  76252-0530


Cougar Mountain Software
7180 Potomac Drive
Boise, ID  83704


Cowen Walter McNeil


Culligan Water
9500 N. Royal Lane, Suite 100
Irving, TX  60197-5277

D & S Equipment A/C
3280 N.W. County Rd. 4010
Blooming Grove, TX  76626


Denton Publishing
P.O. Box 369
Denton, TX  76202


Dial Lubricants
P.O. Box 54607
Dallas, TX  75354-0607


Direct Energy
909 Lake Carolyn Pkwy., Suite 1100
Irving, TX  75039


Eagle Aggregate Transportation, LLC
4401 N. I-35, Suite 113
Denton, TX  76207


Earth Haulers
11500 Mosier Valley
Fort Worth, TX  76040


Elliot Electric Supply
45 U.S. Highway 380
Bridgeport, TX  76426


Embarq
P.O. Box 219505
Kansas City, MO  64121-9505


Enercon Services, Inc.
P.O. Box 269031
Oklahoma City, OK  76126

```
Equity Bank, SSB
5220 Spring Valley, #415
Dallas, TX  75254


Equity Bank, SSB
5221 Spring Valley, #415
Dallas, TX  75255


Excel Machinery
P.O. Box 31118
Amarillo, TX  79120


Family Clinic
808 W. W. Ray Circle
Bridgeport, TX  76426


Fedex
P.O. Box 94515
Palatine, IL  60094-4515


Ford Motor Credit Company
P.O. Box 152271
Irving, TX  75015


Frank Bartel Tire, Inc.
P.O. Box 727
Aubrey, TX  76227


Frank Bartel Transportation, Inc.
7401 S. Hwy. 377
Aubrey, TX  76227


Gainesville Daily Register
306 E. California
Gainesville, TX  76241-0309
```

Garland Welding Supply
1960 Forest Lane
Garland, TX  75042


Great Grafics
P.O. Box 136099
Fort Worth, TX  76136-0099


GW Van Keppel
Lock Box 879515
Kansas City, MO  64187-9515


Haynes & Boone, LLP
901 Main Street, Suite 3100
Dallas, TX  75202-3789


Hester Window Coverings
412 Quinian
Kerrville, TX  78028


Hill Country Environmental, Inc.
1613 Capital of Texas Hwy. South
Suite 201
Austin, TX  78746


Holmes Auto Supply
P.O. Box 419
Decatur, TX  76234


Holt
c/o Jones, Allen & Fuquay
8828 Greenville Avenue
Dallas, TX  75243


Hughes Systems Industrial, Inc.
P.O. Box 262927
Houston, TX  77207

```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114


Internal Revenue Service
Special Procedures Staff
300 E. 8th St., STOP 5022 AUS
Austin, TX  78701


J & L Belting
1129 Lincoln
Alice, TX  78332


Jack Ray & Sons Oil Co.
3310 Gilbert
Grand Prairie, TX  75050


Jack Teague
449 CR 334
Decatur, TX  76234


John Deere
6400 NW 86th St.
P.O. Box 6600
Johnston, IA  50131-6600


Key Equipment Finance
600 Travis, Suite 1300
Houston, TX  77002


Laura Gallagher
6617 Pecanwood, Lot 19
Mansfield, TX  76063


Loadrite East Texas
9010 Greenwood Trail
Rowlett, TX  75088
```

Magotteaux Inc.
One Maryland Farms, Suite 200
Brentwood, TN  37027


Massey, Itschner & Co., P.C.
707 Hill Country Dr., Suite 118
Kerrville, TX  78028


McGraw Hill Construction
7625 Collection Center Dr.
Chicago, IL  60693-0076


Metroplex Service Welding & Supply
801 East Northwide Dr.
Fort Worth, TX  76102-1017


Moores Home Furnishings
120 Harper Rd.
Kerrville, TX  78028


Muenster Memorial Hospital
P.O. Box 370
Muenster, TX  76252


Neighborhood Doctor
2301 N. Collins
Arlington, TX  76011


Nortex Communications
P.O. Box 587
Muenster, TX  76252-0587


On-Site Printer & Fax Repair
116 Nighthawk Drive
Krum, TX  76249

Orica U.S.A. Inc.
P.O. Box 2623
Carol Stream, IIL  60132


PCnet
915 9th St., Suite 100
Wichita Falls, TX  76301


Peoples Capital
255 Bank Street
Waterbury, CT


Pitney Bowes Global Financial
P.O. Box 856460
Louisville, KY  40285-6460


PowerPlan
21310 Network Plane
Chicago, IL  60673


Powerscreen Texas, Inc.
2015 West State Hwy. 71
La Grange, TX  78945


Presidential Financial Corporation
1979 Lakeside Parkway, #400
Tucker, GA  30084


R.W.S. Trucking, Inc.
P.O. Box 1277
Bridgeport, TX  76426


RAI/CCS
323 PR 1400
Bridgport, TX  76426

RDO Equipment Co.
9024 NW Hwy. 287
Fort Worth, TX  76177


Reeder Distributors
P.O. Box 225264
Dallas, TX  75222-5264


Rite-Weld
P.O. Box 1597
Gainesville, TX  76241


Romco Equipment Co.
1350 N.E. Loop 820
Fort Worth, TX  76106-1727


Sam's Club
P.O. Box 9001907
Louisville, KY  40290


Scotts Tire Service
119 N. Garland Ave.
Garland, TX  75040


Small Business Administration
10737 Gateway West #300
El Paso, TX  79935


Small Business Administration
Office of Accounting Operation
1441 L Street, N.W. MC: 5113
Washington, D.C. 20416


Southern Tire Mart LLC
1835 Money Street @ I-35
Fort Worth, TX  76102

Sprint
P.O. Box 219505
Kansas City, MO  64121-9505


Stephanie Jones
1609 Ross Avenue
Carrollton, TX  75006


Striland Construction
10860 Switzer Ave., Suite 109
Dallas, TX  75238


T&W Tire
P.O. Box 974474
Dallas, TX  75397


T.A.W. Inc.
P.O. Box 2013
Denton, TX  76202


TCEQ
MC-214
P.O. Box 13088
Austin, TX  78711-3098


Texas Aggregates & Concrete Assoc.
900 Congress Ave., Suite 200
Austin, TX  78701


Texas Workforce Commission
101 East 15th St.
Austin, TX  78778-0001


Thomson & West
P.O. Box 6292
Carol Stream, IL  60197-6292

Transform Technologies, LLC
980 Lakes Parkway
Lawrenceville, GA  30043


Travelers Insurance Company
CL Remittance Center
Hartford, CT  06183-1008


United Healthcare
Dept. CH 10151
Palatine, IL  60055-0151


United Rentals
524 Avenue K
Plano, TX  75074


United Site Services
P.O. Box 22973
Mansfield, TX  76063


United States Attorney
Small Business Administration
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5512


USDA


V. Charles Serafino
Vincent/Moye, P.C.
2001 Bryan Street, Suite 2000
Dallas, TX  75201-3073


Verizon Southwest
P.O. Box 920041
Dallas, TX  75392-0041

Westward Environmental, Inc.
P.O. Box 2205
Boerne, TX  78006


Wilkins



Wingfoot Commercial Tire
2341 N. Masch Branch Rd.
Suite 424
Denton, TX  76207


Wise Appraisal District
400 E. Business Hwy. 380
Decatur, TX  76234-3165


Wise City Messenger
115 S. Trinity
Decatur, TX  76234

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:

**Green Aggregates, Inc.**

                  Debtor(s)

§
§
§        Case No. _____
§
§        Chapter   __11_____

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
     I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  __12/31/2007_____    **/s/ J. Nelson Happy**_____
                                 J. Nelson Happy
                                 Chairman

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  __12/31/2007_____                             **/s/ WILLIAM R. DAVIS, JR.**_____
                                                 WILLIAM R. DAVIS, JR., Attorney for Debtor