UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GREEN AGGREGATES, INC. | § | CASE NO. 07-53439-rbk |
| a/k/a Garland GAI, Inc. | § | |
| | § | |
| (Debtor) | § | (Chapter 11) |

**MOTION TO AMEND ORDER AUTHORIZING
POST-PETITION SECURED INDEBTEDNESS**

TO THE HONORABLE RONALD B. KING, UNITED STATES BANKRUPTCY JUDGE:

Ray Battaglia, Chapter 11 Trustee for Green Aggregates, Inc., files this Motion to Amend Order Authorizing Post-Petition Secured Indebtedness (the "Amended Motion"), as follows:

**I. JURISDICTION**

1.  This Court has jurisdiction over the Debtor's case, the parties, and the property affected hereby pursuant to 28 U.S.C. §§ 157(b)(2)(D) and 1334. The subject of this Motion is a "core" proceeding within the meaning of 28 U.S.C. § 157. Venue of the Debtor's Chapter 11 case and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**II. CASE BACKGROUND**

2.  On December 31, 2007, (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (as amended, the "Bankruptcy Code").

3.  Ray Battaglia was appointed Chapter 11 Trustee ("Trustee") on March 28, 2008. On or about April 3, 2008, the Trustee filed his Emergency Motion For Order Authorizing Post-Petition Secured Indebtedness (the "DIP Motion"). The Court held an interim hearing on the DIP Motion on

April 4, 2008 and entered an interim order on April 8, 2008 *nunc pro tunc* as of April 4, 2008 (the "Interim Order"). The Interim Order approved a post-petition credit facility for the Debtor through Presidential Financial Corp., and an additional overadvance funded by First KT Lending, LLC in the amount of $250,000.

4. On May 14, this Court entered Orders from the Bench substantively consolidating the assets and liabilities of Garland GAI, Inc. with the Debtor. Prior to the consolidation order, Garland GAI, Inc. had an operating credit facility with Presidential Financial Corp, the Debtor's post-petition lender.

5. As a consequence of the consolidation of Garland GAI, Inc. and the increased level of operations, the Trustee requested an increase in the overadvance funded by First KT Lending, LLC ("KT Lending") from $250,000 to $400,000. The Court entered orders approving the DIP Motion as amended and authorizing the increase in the amount of the overadvance by KT Lending.

6. The transition from the operations of the Debtor under old management to management under the Trustee and his Court approved operator have been difficult. Prior to the appointment of the Trustee, the Debtor's operations had virtually ceased. Wages owed to the Debtor's employees were unpaid, post-petition obligations to lessors and trade creditors were unpaid, and equipment was in serious disrepair and due to the unreliability of the Debtor's production. Due to the unreliability of production, customers were abandoning the Debtor.

7. Since the Trustee has assumed control of the Debtor's operations, great strides have been made to restore and improve the Debtor's operations. Congress Materials was hired to manage the Debtor's operations. The DIP facility was approved to provide urgently needed operating capital to the Debtor. Back wages to employees have been paid and the stability of the Debtor's workforce restored. Post –petition defaults on leases and trade debt have been cured. Equipment has been repaired and where needed, supplemented with new or leased equipment. Interim agreements have

been reached with certain equipment lenders and leaseholders to provide them with adequate protection for the use of their property or collateral (as the case may be).

8. In order to implement the much needed corrections to the Debtor's operations, the estate has been burdened with considerable costs to (i) cure unpaid post petition obligations left by the Debtor, (ii) fund start up costs to restore the Debtor's operations and (iii) pay for equipment repairs made to date. These considerable costs and the resulting negative operating cash flow have been funded through the DIP credit facility.

9. While the Debtor has not operated profitably post petition, continuing improvement is evident. The improvement in the Debtor's operations is reflected in the monthly financial statements. In April 2008, the Debtor had gross revenue of only $70,603. May 2008 was the first month in which the operations of Garland GAI and the Debtor were consolidated, and also reflects the first month of meaningful efforts to stabilize and restore the Debtor's operations. The Debtor's gross revenues for May 2008 climbed to $102,458. Gross revenues for June 2008 exceeded $170,000 and gross revenues for July 2008 had will be approximately $250,000. Congress Materials projects that gross revenues for August 2008 will approach $300,000.

10. In order to sustain the reorganization of the Debtor's financial affairs and as a direct result of the expenditures outlined above, the Trustee requests that the Court enter orders approving an increase in the amount of the DIP credit facility from $900,000 to a cap of $1.75 million. Under the terms of the DIP credit facility as revised pursuant to this Motion, Presidential will increase maximum amount it will advance from $500,000 to $1.25 million, subject to the terms, conditions and formulas previously approved by this Court in its "Final Order Authorizing Debtor to Enter Into Post-Petition Financing Agreement and Obtain Post-Petition Financing Pursuant to Sections 105, 361, 362, and 364 of The Bankruptcy Code and Granting Liens, Security Interests and Superpriority Claims" (the "Final DIP Order"). KT Lending's overadvance capacity would increase

from $400,000 to $650,000, but in no event would the total amount advanced exceed the $1.75 million cap on the credit facility.

11. Good cause exists for the entry of an Order granting the relief requested herein, pursuant to Fed. R. Bankr. P. 4001. In particular, the relief requested herein to obtain post-petition financing thereunder is necessary to avoid harm to the Debtor and its businesses. This relief will also minimize disruption of the Debtor's operations, and is in the best interest of the Debtor, its creditors and its estate.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully requests that this Court enter an order approving the terms of the Trustee's Post Petition Secured Indebtedness as set forth in the Final DIP Order as modified in this Amended Motion, and granting such other and further relief to which the parties may be entitled.

Respectfully submitted this the 29th day of July, 2008,

> OPPENHEIMER, BLEND,
> HARRISON & TATE, INC.
> 711 Navarro, Sixth Floor
> San Antonio, TX 78205
> Telephone: (210) 224-2000
> Facsimile: (210) 224-7540
>
> By: */s/ Raymond W. Battaglia* .
> Raymond W. Battaglia
> State Bar No. 01918055
> Debra L. Innocenti
> State Bar No. 24046135
>
> ATTORNEYS FOR RAYMOND W. BATTAGLIA,
> CHAPTER 11 TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the above and foregoing document by First Class mail, postage prepaid, or by electronic mail on this the 29th day of July, 2008, addressed to the following parties:

    Creditors Matrix (Attached Hereto)

    United States Trustee
    P.O. Box 1539
    San Antonio, TX 78295-1539

    */s/ Raymond W. Battaglia*   .
    Raymond W. Battaglia

**Green Aggregates, Inc.**
**Case No. 07-53439-rbk**
**Limited Service Matrix**

Green Aggregates, Inc.
c/o Mr. J. Nelson Happy
1877 Airport Loop Road
Kerrville, TX 78028

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

J. Nelson Happy
5347 Hwy. 27
Kerrville, TX 78028

Walter McNeil Lowery
409 Lowery Street
Kerrville, TX 78028

**Secured Creditors**

Bank of the Ozarks
Kathryn W. Searcy
P.O. Box 8811
Little Rock, AR 72231-8811

City of Garland
P.O. Box 461508
Garland, TX 75046-1508

Cooke county Appraisal District
201 North Dixon
Gainesville, TX 76240

County of Dallas
David Childs – Tax Assessor
P.O. Box 139066
Dallas, TX 75313-9066

Elizabeth H. Wilkins
17 Mullaney
Greenville, TX 75402

Equity Bank, SSB
5221 Spring Valley, #415
Dallas, TX 75254

Ford Motor Credit Company
260 Interstate North Circ. SE
Atlanta, GA 30339

Frank Bartel Tire, Inc.
P.O. Box 727
Aubrey, TX 76227

John Deere Construction
6400 NW 86th St.
P.O. Box 6600
Johnston, IA 50131-6600

Peoples Capital & Leasing Corp.
255 Bank St., 4th Floor
Waterbury, CT 06702

Presidential Financial Corporation
1979 Lakeside Parkway, #400
Tucker, GA 30084

Wise Appraisal District
400 E. Business Hwy. 380
Decatur, TX 76234-3165

**Requests for Notice**

Robert W. Jones/Brent R. McIlwain
Patton Boggs, LLP
2001 Ross Ave., Suite 3000
Dallas, TX 75201

Kay D. Brock
Asst. Attorney General
Bankruptcy & Collections Div.
P O Box 12548
Austin, TX 78711-2548

Richard G. Dafoe
Vincent Moye, P.C.
2001 Bryan St., Suite 2000
Dallas, TX 75201-3001

Monica S. Blacker
Suzanne B. Campbell
Andrews Kurth, LLP
1717 Main St., Suite 3700
Dallas, TX 75201

Cathy A. Kelley
Goode, Casseb, Jones, et al
P.O. Box 120480
San Antonio, TX 78212

W. Abigail Ottmers
Haynes and Boone, LLP
112 E. Pecan St., Suite 900
San Antonio, TX 78205

David G. Aelvoet
Heard, Lineberger, Graham, et al
711 Navarro, Suite 300
San Antonio, TX 78205

Kathryn W. Searcy
General Counsel
Bank of the Ozarks
P.O. Box 8811
Little Rock, AR 72231-8811

Clayton E. Devin
Macdonald Devin, PC
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Johnny W. Thomas ng
Sonja D. Sims
1153 E. Commerce
San Antonio, TX 78205

| | | |
|---|---|---|
| Patricia B. Tomasco<br>Brown McCarroll, LLP<br>111 Congress Ave., Suite 1400<br>Austin, TX  78701 | Jim Maxwell<br>Attorney at Law<br>Ten Central Parkway<br>Fort Worth, TX  76102 | Brian C. Munson<br>Munson Munson Cardwell & Keese<br>123 S. Travis St.<br>Sherman, TX  75090 |
| Ed Phillips, Jr.<br>Thurman & Phillips, PC<br>8000 IH 10 West Suite 1000<br>San Antonio, TX  78230 | Christopher B. Mosley<br>City of Fort Worth<br>1000 Throckmorton St.<br>Fort Worth, TX  76102 | Robert L. Barrows<br>Warren, Drugan & Barrows, PC<br>800 Broadway<br>San Antonio, TX  78215 |
| **20 Largest Unsecured Creditors** | Equity Bank, SSB<br>1221 Spring Valley, #415<br>Dallas, TX  75254 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| Comptroller of Public Accounts<br>Capitol Station<br>Austin, TX  78774-0100 | Holt Texas, Ltd.<br>c/o Jones, Allen & Fuquay<br>8828 Greenville Avenue<br>Dallas, TX  75243 | Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX  79935 |
| Dial Lubricants<br>P.O. Box 540607<br>Dallas, TX  75354-0607 | RAI/CCS<br>323 PR 1400<br>Bridgeport, TX  76426 | Reeder Distributors<br>P.O. Box 225264<br>Dallas, TX  75222-5264 |
| Haynes & Boone, LLP<br>Patrick L. Hughes<br>1221 McKinney St., #2100<br>Houston, TX  77010 | Powerscreen Texas, Inc.<br>c/o Martini, Hughes & Grossman<br>1040 S. Federal Hwy., #100<br>Delray Beach, FL  33483 | Frank Bartel Tire, Inc.<br>P.O. Box 727<br>Aubrey, TX  76227 |
| Austin Powder Company<br>P.O. Box 6049C<br>Cleveland, OH  44191 | Alliance Haulers, Inc.<br>P.O. Box 849873<br>Dallas, TX  75284-9873 | GCR Tire Centers<br>3100 North Freeway<br>Ft. Worth, TX  76111 |
| William & Suan Muncaster<br>2768 County Rd. 334<br>Decatur, TX  76324 | Garland Aggregates, Inc.<br>1877 Airport Loop Rd.<br>Kerrville, TX  78028 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX  78778-0001 |
| J&W Sand & Gravel, Inc.<br>3224 Bryn Mawr Drive<br>Dallas, TX  75225 | Orica U.S.A. Inc.<br>P.O. Box 2623<br>Carol Stream, IL  60132 | |